UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 8:06-CR-364-T-17MSS |
| ) | |
| JOHNNY WILL TRIPP. ) | |
| _____ ) | |

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On this 27th day of October, 2006, came the Assistant United States Attorney and the defendant JOHNNY WILL TRIPP, appeared in person and with counsel AFPD Mary Mills.

It appearing to the Court that the above named defendant, having heretofore been convicted on May 7, 1997, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and counsel, that the defendant has violated the terms of the Judgment and Commitment previously entered herein.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby REVOKED.

Case 8:06-cr-00364-EAK-MSS   Document 15   Filed 10/27/06   Page 2 of 2 PageID 32

Case No. 8:06-CR-364-T-17MSS          USA vs. Johnny Will Tripp

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **TWENTY-FOUR (24) MONTHS** with credit for time served or until the defendant is otherwise discharged as provided as law. The Defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service.

**Recommendations:**

(1) This Court has no objection to a CONCURRENT sentence with any State Court sentence Defendant may receive, if the State Court finds the same acceptable.

(2) Incarceration at FCI Coleman, FL.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this _27th_ day of October, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office